UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                         CHAPTER 13 PROCEEDING:
JIMMY & AMANDA VACO                      04-21267-C-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Tuesday, Sep 21, 2004.

    2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4. Checks to the party below have not cleared within 90 days.

        GILBERTS FINE JEWELERS
        C/O LAW OFFICE OF DAVID DAVILA
        PO BOX 4765
        MCALLEN, TX  78502-4765

    5. As a result, funds owed to the creditor in the amount of $42.92 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 13, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| JIMMY & AMANDA VACO | 04-21267-C-13 |
| DEBTORS | |

CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on May 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


JIMMY AND AMANDA VACO
734 CR120
ALICE, , TX  78332

ALLAN L POTTER
ATTORNEY AT LAW
PO BOX 3159
CORPUS CHRISTI, TX  78463-3159

GILBERTS FINE JEWELERS
C/O LAW OFFICE OF DAVID DAVILA
PO BOX 4765
MCALLEN, TX  78502-4765